# EXHIBIT A

# UNITED STATES DISTRICT COURT

for the
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| **USHA SOUJANYA KARRI** </br> *Plaintiff* </br> v. </br> **MERRICK B. GARLAND, DEBRA B. WALKER, WILLIAM YU, DAVID E. HARACZ, LYNN WYPYCH, JANET E. BOYLE, ARIN R. FIFE, JAMI M. BUZINSKI, VENKATESH BHOGIREDDY** </br> *Defendant* | ) </br> ) </br> ) </br> ) </br> ) Civil Action No. 1:22-CV-00055 </br> ) </br> ) </br> ) </br> ) |

## AFFIDAVIT OF SERVICE

I, Kurt Sederman, being duly sworn, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents on David E. Haracz in Cook County, IL on January 13, 2022 at 1:29 pm at The Circuit Court of Cook County, Domestic Relations Division, 50 W Washington St, Chicago, IL 60602 by workplace substituted service by leaving the documents at the usual workplace of David E. Haracz with Jane Doe (refused name) who is the Clerk for David E. Haracz.

SUMMONS IN A CIVIL ACTION
COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF UNDER THE CIVIL RIGHTS ACT,42 U.S.C. s 1983 AND DAMAGES with DEMAND FOR JURY TRIAL

Additional Description:
All summonses for judges must be served at Chief Justice Timothy Evans courtroom in 2600. The clerk accepts these summons, provides a received stamp, but declines to provide her name.

Black or African American Female, est. age 60, glasses: N, Black hair, 140 lbs to 160 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=41.88304613,-87.63990391

Photograph: See Exhibit 1

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in   Cook County  ,   IL   on   1/13/2022  .

/s/ *Kurt Sederman*
Signature
Kurt Sederman
(312) 451-8228
PROOF ILLINOIS PLLC
No. 117.001863

# Exhibit 1



Exhibit 1a)