**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| USHA SOUJANYA KARRI, | ) | |
| Plaintiff, | ) | Case Number: 1:22-CV-00055 |
| | ) | |
| v. | ) | Judge: Ronald A. Guzman |
| | ) | |
| MERRICK B. GARLAND, | ) | Magistrate Judge: Jeffrey Cummings |
| DEBRA B. WALKER, | ) | |
| WILLIAM YU, DAVID E. HARACZ, | ) | |
| LYNN WYPYCH, JANET E. BOYLE, | ) | |
| ARIN R. FIFE, JAMI M. BUZINSKI, | ) | |
| VENKATESH BHOGIREDDY, | ) | |
| Defendants. | ) | |

**PROOF OF SERVICE**

**I,** the Plaintiff USHA SOUJANYA KARRI as Pro Se, file this Proof of Service to show that the service has been made on Defendant, Jami M. Buzinski. Please refer to **EXHIBIT A** for details of the service.

Respectfully submitted,

/s/ Usha Soujanya Karri

_____
USHA SOUJANYA KARRI
Pro Se,
4640 N. Sheridan Road, Apt# 1004,
Chicago, IL 60640.
Phone: 708-400-2967.
Email: SOUJIKARRI11@GMAIL.COM

1