# EXHIBIT A

# UNITED STATES DISTRICT COURT
for the
Northern District of Illinois

| | | |
|---|---|---|
| **USHA SOUJANYA KARRI** <br> *Plaintiff* <br><br> v. <br><br> **MERRICK B. GARLAND, et al.** <br> *Defendant* | ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:22-cv-00055 |

## AFFIDAVIT OF SERVICE

I, Kurt Sederman, being duly sworn, state:

I am over the age of 18 and not a party to this action. I am an authorized process server under the Private Detective, Private Alarm, Private Security, Fingerprint Vendor, and Locksmith Act of 2004.

I served the following documents on Jami M. Buzinski in Cook County, IL on January 18, 2022 at 10:40 am at Davis Friedman, LLP., 135 S LaSalle St, 36th Floor, Chicago, IL 60603 by personal service by handing the following documents to an individual identified as Jami M. Buzinski.

Complaint with Exhibits
Summons in a Civil Action

Additional Description:
Jami M. Buzinski accepted the documents. She was cooperative.

White Female, est. age 40, glasses: Y, Brown hair, 120 lbs to 140 lbs, 5' 3" to 5' 6".
Geolocation of Serve: http://maps.google.com/maps?q=41.88142784,-87.63202696
Photograph: See Exhibit 1

Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he/she verily believes the same to be true.

Executed in   Cook County  ,   IL   on   1/25/2022  .

*/s/ Kurt Sederman*
Signature
Kurt Sederman
(312) 451-8228
PROOF ILLINOIS PLLC
No. 117.001863

# Exhibit 1



Exhibit 1a)



Exhibit 1b)